*September 12, 1939.*

Van Eperen, Respondent, vs. Bongers and another, Appellants.

For the appellants: *Regan & McCue* of Milwaukee, and *Evrard & Evrard* of Green Bay.

For the respondent: *Bradford, Bradford & Derber* of Appleton.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on September 12, 1939.

Ewan, Respondent, vs. Zettler, and another, Appellants.

For the appellants: *Edward J. Byrne* of Appleton, and *Lehner & Lehner* and *Adolph P. Lehner* of Oconto Falls.

For the respondent: *Bird, Smith, Okoneski & Puchner* of Wausau.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on September 12, 1939.